UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:

LEONARDO BERNARD PLEASURE   CASE NO. 20-10532
LISA MAY PLEASURE      JUDGE BENJAMIN A. KAHN
3857 OSCEOLA RD
ELON, NC  27244

   DEBTORS

SSN(1) XXX-XX-0191  SSN(2) XXX-XX-3820   DATE:  02/10/2021

---

REPORT OF FILED CLAIMS

---

  Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ALAMANCE COUNTY TAX | $0.00 | (P) PRIORITY |
| 124 W ELM STREET | INT: .00% | NOT FILED |
| GRAHAM, NC  27253 | NAME ID: 2794 | ACCT: |
| | CLAIM #: 0001 | COMMENT: OC |
| CONE HEALTH | $0.00 | (U) UNSECURED |
| 1200 N ELM ST | INT: .00% | NOT FILED |
| GREENSBORO, NC  27401 | NAME ID: 137686 | ACCT: |
| | CLAIM #: 0014 | COMMENT: |
| DATA MAX | $0.00 | (U) UNSECURED |
| 711 COLISEUM PLAZA COURT | INT: .00% | NOT FILED |
| WINSTON SALEM, NC  27106 | NAME ID: 136979 | ACCT: |
| | CLAIM #: 0015 | COMMENT: |
| GLOBAL LENDING SERVICES LLC | $6,300.00 | (V) VEHICLE-SECURED |
| P O BOX 935538 | INT: 5.25% | |
| ATLANTA, GA  31193 | NAME ID: 168740 | ACCT: 3241 |
| | CLAIM #: 0004 | COMMENT: 13FORD |
| GLOBAL LENDING SERVICES LLC | $7,039.59 | (U) UNSECURED |
| P O BOX 935538 | INT: .00% | |
| ATLANTA, GA  31193 | NAME ID: 168740 | ACCT: 3241 |
| | CLAIM #: 0008 | COMMENT: SPLIT |
| INTERNAL REVENUE SERVICE | $5,075.02 | (P) PRIORITY |
| P O BOX 7317 | INT: .00% | |
| PHILADELPHIA, PA  19101-7317 | NAME ID: 123769 | ACCT: 18TX |
| | CLAIM #: 0002 | COMMENT: OC,720A |
| INTERNAL REVENUE SERVICE | $0.00 | (U) UNSECURED |
| P O BOX 7317 | INT: .00% | AMENDED |
| PHILADELPHIA, PA  19101-7317 | NAME ID: 123769 | ACCT: 16TX |
| | CLAIM #: 0011 | COMMENT: 720A |
| MIDLAND CREDIT MANAGEMENT INC | $200.00 | (U) UNSECURED |
| P O BOX 2037 | INT: .00% | |
| WARREN, MI  48090 | NAME ID: 177774 | ACCT: 4055 |
| | CLAIM #: 0013 | COMMENT: DRESS BARN |

PAGE 2  -  CHAPTER 13 CASE NO. 20-10532

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT: 0191<br>COMMENT: OC |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0012 | (S) SECURED<br>AMENDED<br>ACCT: 0191<br>COMMENT: 1020C/WDRN,OBJ WDRN |
| NC DEPARTMENT OF COMMERCE<br>DIVISION OF EMPLOYMENT SECURITY<br>P O BOX 25903<br>RALEIGH, NC  27611 | $0.00<br>INT: .00%<br>NAME ID: 165778<br>CLAIM #: 0016 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SANTANDER CONSUMER USA<br>P O BOX 560284<br>DALLAS, TX  75356-0284 | $6,502.50<br>INT: 5.25%<br>NAME ID: 45498<br>CLAIM #: 0005 | (V) VEHICLE-SECURED<br><br>ACCT: 2637<br>COMMENT: 13KIA |
| SANTANDER CONSUMER USA<br>P O BOX 560284<br>DALLAS, TX  75356-0284 | $7,729.95<br>INT: .00%<br>NAME ID: 45498<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT: 2637<br>COMMENT: SPLIT |
| SCHEWEL FURNITURE COMPANY INC<br>P O BOX 6120<br>LYNCHBURG, VA  24505-6120 | $500.00<br>INT: 5.25%<br>NAME ID: 134051<br>CLAIM #: 0006 | (S) SECURED<br><br>ACCT: 4645<br>COMMENT: BEDROOM FRN |
| SCHEWEL FURNITURE COMPANY INC<br>P O BOX 6120<br>LYNCHBURG, VA  24505-6120 | $1,053.98<br>INT: .00%<br>NAME ID: 134051<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: 4645<br>COMMENT: SPLIT |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $0.00<br>INT: .00%<br>NAME ID: 170064<br>CLAIM #: 0007 | (S) SECURED<br>SURRENDERED<br>ACCT: 5079<br>COMMENT: OC,SHARES,REL |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $374.97<br>INT: .00%<br>NAME ID: 170064<br>CLAIM #: 0017 | (U) UNSECURED<br><br>ACCT: 5079<br>COMMENT: SPLIT |
| VERIZON WIRELESS<br>P O BOX 26055<br>MINNEAPOLIS, MN  55426 | $0.00<br>INT: .00%<br>NAME ID: 111763<br>CLAIM #: 0018 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$34,776.01** | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

PAGE 4  -  CHAPTER 13 CASE NO. 20-10532

## NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  02/10/2021                                                OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtors
Attorney for Debtors - Electronic Notice